UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                                   Case No. 1:26-cr-35-6

v.

                                   HON. JANE M. BECKERING

KEITH TRAYVON CURTIS,

     Defendant.

_____/

## ORDER ADOPTING AMENDED REPORT AND RECOMMENDATION

The Court has reviewed the Amended Report and Recommendation filed on May 27, 2026 by the United States Magistrate Judge in this action.  The Amended Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.     The Amended Report and Recommendation of the Magistrate Judge (ECF No. 108) is approved and adopted as the opinion of the Court.

2.     Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in Count One of the Indictment.

3.     The Report and Recommendation of the Magistrate Judge (ECF No. 104) is dismissed as moot.

Dated: June 11, 2026                         /s/ Jane M. Beckering
                                         JANE M. BECKERING
                                       United States District Judge